able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–970. IN RE DISBARMENT OF MAXWELL. It is ordered that David B. Maxwell, of Stafford, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–971. IN RE DISBARMENT OF CRANE. It is ordered that Elaine Roemisch Crane, of Willoughby Hills, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 109, Orig. OKLAHOMA ET AL. v. NEW MEXICO. Motion of Oklahoma for divided argument on behalf of plaintiffs granted. Motion of New Mexico that oral argument be set for the March calendar rather than the April calendar denied. [For earlier order herein, see, e. g., ante, p. 1078.]

No. 90–50. GREGORY ET AL., JUDGES v. ASHCROFT, GOVERNOR OF MISSOURI. C. A. 8th Cir. [Certiorari granted, ante, p. 979.] Motion of Missouri Bar for leave to file a brief as amicus curiae granted.

No. 90–615. PERETZ v. UNITED STATES. C. A. 2d Cir. [Certiorari granted, ante, p. 1066.] Motion of petitioner for leave to proceed further herein in forma pauperis granted.

No. 90–992. NEVADA ET AL. v. WATKINS, SECRETARY OF ENERGY, ET AL. C. A. 9th Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied.

No. 90–7020. IN RE CONNOLLY. Petition for writ of habeas corpus denied.

No. 90–6469. IN RE ANDERSON;
No. 90–6490. IN RE VISSER;
No. 90–6627. IN RE VISSER; and
No. 90–6690. IN RE WIGHTMAN. Petitions for writs of mandamus denied.

No. 90–681. HAFER v. MELO ET AL. C. A. 3d Cir. Certiorari granted.